# UNITED STATES DISTRICT COURT

for the

Central District of California

| United States of America, | |
|---|---|
| v. | Case No. 19MJ03309 |
| Said Tamer Dabas, | |
| Defendant. | |

FILED
CLERK, U.S. DISTRICT COURT
AUG 13 2019
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of May 1, 2019 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115 | Threatening a Federal Officer or Employee |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/S/
*Complainant's signature*

Razmik Madoyan, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/13/2019

JOHN E. MCDERMOTT
*Judge's signature*

City and state: Los Angeles, California

Hon. John E. McDermitt, U.S. Magistrate Judge
*Printed name and title*

Case 2:19-cr-00486-CJC   Document 1   Filed 08/13/19   Page 2 of 8   Page ID #:2

# AFFIDAVIT

I, Razmik Madoyan, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Said Tamer DABAS ("DABAS") for violations of 18 U.S.C. § 115: Threatening a Federal Officer or Employee.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and have been so employed since 2007. I have received training in federal criminal laws at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to joining HSI, I graduated from the University of California, Los Angeles with a Bachelor of Arts degree in Psychology in December of 2001. Upon graduation, I joined the

United States Army, where I served as a Healthcare Specialist. I was assigned to the First Armored Division and was deployed to Iraq in support of Operation Iraqi Freedom in 2003. In November 2004, I was promoted to the rank of Non-Commissioned Officer. After leaving the military, I worked as a Veterans Counselor at the Department of Veterans Affairs. In December 2007, I graduated from National University with a Masters degree in Forensic Science.

4. As part of my duties and responsibilities in my current position, I investigate violations of various federal criminal statutes involving narcotics smuggling, illicit importation of antiquities, identity theft, smuggling of counterfeit merchandise, bank fraud, child exploitation, and assault of a federal employee. I have participated in numerous investigations involving threats to injure, extortion, and blackmail. I have additionally conducted and assisted in the executions of search and arrest warrants.

### III. SUMMARY OF PROBABLE CAUSE

5. On or about May 1, 2019, DABAS entered the United States Citizenship and Immigration Services ("USCIS") Application Support Center located at 1671 San Fernando Road, San Fernando, CA 91340 (the "ASC"), and threatened to throw a bomb at USCIS employee E.R., shoot USCIS contractor S.A. in the face, and blow up the ASC.

### IV. STATEMENT OF PROBABLE CAUSE

6. Based on my review of law enforcement reports, surveillance videos, conversations with other law enforcement

agents, and my own knowledge of the investigation, I am aware of the following:

### A. DABAS Entered the ACS and Threatened to Injure a USCIS Employee and Contractor and Blow Up the ACS

7. On or about May 20, 2019, I interviewed USCIS employee E.R. and learned the following:

    a. On or about May 1, 2019, at approximately 12:30 p.m., E.R. was in her office at the ASC when DABAS barged into her office and demanded to be fingerprinted. E.R. asked DABAS if he had an appointment. DABAS threw a crumpled piece of paper at E.R. that hit her chest. DABAS told E.R. that he had an appointment and that the paper he threw was proof. E.R. asked DABAS to calm down. DABAS asked E.R. if she was scared and shouted that he would throw a bomb at E.R. and blow "this whole place up."

    b. E.R. triggered the silent alarm multiple times and called 911 after DABAS left her office. She also reported the incident to the Federal Protective Service ("FPS").

8. On or about May 20, 2019, I interviewed USCIS contractor S.A. and learned the following:

    a. On or about May 1, 2019, at approximately 12:30 p.m., S.A. was working at the ACS when she heard someone cursing loudly and threatening to bomb the ACS. S.A. saw DABAS exit E.R.'s office and walk towards the main entrance, while shouting threats.

    b. S.A. approached DABAS and tried to defuse the situation, but DABAS threatened to shoot her in the face.

9. On or about May 31, 2019, Deportation Officers ("DOs") Herbert Petrosyan and Juan Barocio of the Immigration and Customs Enforcement's Enforcement and Removal Office ("ERO") interviewed USCIS customer A.B., who witnessed the incident, at her residence and learned the following:

    a. A.B. was at the ACS to file paperwork, when she heard DABAS screaming, "Who is in charge here?"

    b. A.B. heard DABAS threatening to shoot S.A., who appeared to be trying to help him.

10. On or about May 20, 2019, I reviewed the surveillance videos that captured the incident at the ACS on May 1, 2019. The videos do not have audio but show, in part, the following:

    a. At around 12:30 p.m., DABAS entered the ACS and appeared to speak with the security guard, A.G., who appeared to instruct DABAS to sit in the waiting area designated for customers waiting to see E.R.

    b. At around 12:31 p.m., DABAS took a seat at the waiting area.

    c. At around 12:49 p.m., DABAS entered E.R.'s office.

    d. At around 12:50 p.m., DABAS and E.R. exited her office, and DABAS walked towards the main entrance of the ACS. It appeared as if DABAS was making statements as he was walking toward the main entrance.

    e. At around 12:51 p.m., DABAS reentered the building and appeared to be speaking with A.G. DABAS gave A.G. a piece of paper, but then attempted to forcefully retrieve the

paper. DABAS turned to USCIS employee Q.G., who is sitting behind the front reception desk, and appeared to be speaking to her.

    f.    At around 12:52 p.m., S.A. walked to the front reception desk and appeared to be speaking with DABAS.

    g.    At around 12:53 p.m., a customer who was waiting in line at the front reception desk approached DABAS and pointed to the door, at which point DABAS left the ACS.

    h.    At around 12:54 p.m., A.G. exited the ACS and returned with a piece of paper in his hand.

    i.    At around 1:01 p.m., a uniformed police officer enters the building.

11. When DABAS left the ACS at around 12:53 p.m. that day, A.G. followed DABAS and saw him driving away in a grey Nissan sedan with California license plate number 3CGX171.

    **B.**    **DABAS Is Identified**

12. E.R. informed me that shortly after DABAS left, FPS officers arrived at the ASC and searched the license plate number that A.G. had recorded. The officers discovered that the vehicle was registered to DABAS at an address in Anaheim, CA. Roberts searched DABAS's name in the USCIS departmental records and found that DABAS had a biometrics appointment on the day of the incident.

13. I compared the images on the surveillance videos with images from DABAS's booking photograph, photographs on his publicly accessible Facebook account, and photographs in his

USCIS file and determined that the images were of the same person.

14. On or about July 25, 2019, Los Angeles County Sheriff's Department ("LASD") Detective Trent Thurber and Federal Bureau of Investigations ("FBI") SA Ty Thomas went to the ASC and met with E.R., S.A., and A.G. individually. Detective Thurber and SA Thomas showed E.R., S.A., and A.G. a six-pack, where DABAS's photograph was in position number two. E.R., S.A., and A.G. each independently identified DABAS as the man who came to the ACS and threatened to injure E.R. and S.A. and blow up the ACS.

### C.     DABAS's Statements

15. On or about August 8, 2019, Detective Thurber and I interviewed DABAS at the Los Angeles County Twin Towers Correctional Facility located at 450 Bauchet Street, Los Angeles, CA, where he was being held on unrelated charges. After identifying ourselves as law enforcement and advising DABAS of his <u>Miranda</u> rights, DABAS provided the following information:

   a. DABAS was recently released from jail and decided to return to his home country of Lebanon. DABAS made an appointment for his biometrics at the ACS, but was told that the appointment expired and that he needed to make a new appointment.

   b. DABAS argued with an African American USCIS employee and walked out of her office. DABAS denied throwing paper at her, but admitted that he viewed her as just an

employee and that he "could get any benefit if [he] slap her or something." Another woman tried to speak to DABAS, but he told her, "Shut the hell up. Don't talk to me. Bye." DABAS denied making any threats.

      c.  DABAS said, "What else could I do? There is nothing else I can do. Should I have [told them] I'm gonna bomb your house? Because there is nothing else they can do." DABAS clarified that he did not tell them that he was going to bomb the house because they were not "the President, they were not the manager" and there was no use in telling them "more than that."

## V. CONCLUSION

16. For all of the reasons described above, there is probable cause to believe that DABAS has committed violations of 18 U.S.C. § 115: Threatening a Federal Officer or Employee.

                                          Razmik Madoyan, Special Agent
                                          Homeland Security
                                          Investigations

Subscribed to and sworn before me this ___13___ day of August, 2019.

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE